**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RONALD MOORE

    Plaintiff,

 v.

SUTTER DR. OFFICE, *et al.,*

    Defendants.

3:10-CV-310-RCJ(VPC)

**ORDER**

    Before the Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke, (#3[1]) entered on June 22, 2010, recommending Plaintiff's Motion to Proceed *in forma pauperis* (#1) be denied and dismiss this action with prejudice as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). No objections have been filed.

    The Court has conducted it's *de novo* review in this case, has fully considered the response of the Defendants, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#3) entered on June 22, 2010, should be adopted and accepted.

    IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation (#3) entered on June 22, 2010, is adopted and accepted, and Plaintiff's Motion to Proceed *in forma pauperis* (#1) is DENIED.

///

///

///

---

[1] Refers to court's docket number.

1  IT IS FURTHER ORDERED that this action is DISMISSED with prejudice.

2  IT IS SO ORDERED.

3  DATED: this 13th day of August, 2010.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE